■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YVONNE COLEMAN, Appellant. — Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on February 25, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree

with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Ross, Asch, Bloom and Fein, JJ.